IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01234-BNB

MONTEA BROWN,

Plaintiff,

v.

R. FOOS, Division Chief,
G. WILSON, Division Major,
HEAD MEDICAL DIRECTOR,
CARMAN KASSATLY CONUTY,
JAIL INFORMARY [sic], and
THE PEOPLE OF THE STATE OF COLORADO AND CITY AND COUNTY OF
    DENVER, COLORADO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

On June 2, 2008, Plaintiff Montea Brown submitted to the Court a *pro se*

Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. At the time Plaintiff initiated the instant action, he was

detained at the Denver County Jail in Denver, Colorado.

On June 10, 2008, Magistrate Judge Boyd N. Boland entered an order directing

the Clerk of the Court to commence a civil action and instructing Mr. Brown to submit a

certified copy of his trust fund account statement for the six months immediately

preceding the filing of the instant action. Magistrate Judge Boland also instructed Mr.

Brown to amend the Complaint and name the same defendants in the text of the

Complaint that he had named in the caption. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On June 16, 2008, Mr. Brown submitted two copies of a § 1915 Prisoner's Motion and Affidavit form and one copy of a Prisoner Complaint. He did not submit a certified copy of his trust fund account statement, and he failed to sign the Complaint he submitted on June 16, 2008. Magistrate Judge Boland, on June 20, 2008, entered a Minute Order denying the Motions and Affidavits as unnecessary and granting Plaintiff an additional thirty days to comply with the June 10, 2008, Order.

The June 20, 2008, Minute Order was returned to the Court on July 2, 2008, and the envelope, in which the Minute Order was sent to Mr. Brown, was marked, "Unable to Forward" and "Released 6/20/08." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Brown now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 11 day of _____ Aug _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  08-cv-01234-BNB

Montea Brown
Prisoner No.  1653826
Denver County Jail
PO Box 1108
Denver CO 80201

      I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _8/11/08_

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk